# Court of Appeals
# of the State of Georgia

ATLANTA, December 07, 2012

*The Court of Appeals hereby passes the following order:*

**A13A0605. LUTHER McCANTS v. THE STATE.**

On October 8, 2010, Luther McCants pled guilty to possession of cocaine. On August 16, 2012, McCants filed pro se motions for reconsideration in which he appears to attempt to supplement a previously filed motion for production of documents and a motion for leave to file an out-of-time motion for new trial. However, the only order in the record is the trial court's order of October 4, 2012, which denies McCants' motion for reconsideration and traverse. McCants filed a pro se notice of appeal on October 16, 2012, arguing that the trial court erred in denying his motion for an out-of-time motion for new trial and failing to hold a hearing on his ineffective assistance of counsel claim. We lack jurisdiction.

To be timely, a notice of appeal must be filed within 30 days after entry of the appealable order. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. See *Rowland v. State*, 264 Ga. 872 (1) (452 SE2d 756) (1995). Here, the only order in the record from which the notice of appeal is timely is the October 4, 2012 order denying McCants' motion for reconsideration, but the denial of a motion for reconsideration is not directly appealable, and the filing of such a motion does not extend the time for filing an appeal. See *Bell v. Cohran*, 244 Ga. App. 510, 511 (536 SE2d 187) (2000); OCGA § 5-6-38 (a). Because McCants failed to file a notice of appeal within 30 days of the entry of an appealable judgment entered against him, his untimely appeal is

hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia

Clerk's Office, Atlanta, _12/07/2012_

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.